**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UPF INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case No. 2:18-CV-00199-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| SYNOPSYS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**Order Granting Joint Motion To Stay All Deadlines and Notice of Settlement**

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement as to Plaintiff UPF Innovations, LLC and Defendant Synopsys, Inc. [Dkt. No. 35]. The Court is of the opinion that same should be **GRANTED**.

If dismissal papers have not been filed by **January 18, 2019**, lead and local counsel for the parties to the settlement must appear for a show-cause hearing on **January 23, 2019** at **10:30 a.m.** A party's lack of payment is not sufficient to delay dismissal papers or continue the show-cause hearing, nor is a settlement agreement that conditions dismissal on full payment. If the parties want the Court to retain jurisdiction to enforce the settlement agreement, the proposed dismissal order should contain a provision to that effect. *See Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 431 (5th Cir. 2002) ("a district court has ancillary jurisdiction to enforce a settlement agreement only if the court makes the agreement part of its dismissal order").

**SIGNED this 19th day of December, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE